

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**CARLY WELKIN,**
Plaintiff pro se,

v.

**META PLATFORMS, INC.,**
Defendant.

**CIVIL ACTION FILE NO.**

**1 : 2 6 - C V - 0 1 4 8**
(To be assigned by Clerk)

**COMPLAINT FOR COPYRIGHT INFRINGEMENT, INTENTIONAL
INFLICTION OF EMOTIONAL DISTRESS, AND INJUNCTIVE
RELIEF
JURY TRIAL DEMANDED**

# COMPLAINT

**PRELIMINARY STATEMENT: EMERGENCY FILING**

Plaintiff is filing contemporaneously herewith an EMERGENCY MO-
TION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY IN-
JUNCTION. This matter involves an ongoing hostage situation where
the continued publication of content on Defendant's platform is the
direct cause of torture and imprisonment of a U.S. citizen.

Plaintiff, Carly Welkin, appearing pro se, alleges as follows:

# I. JURISDICTION AND VENUE

**1.** This action arises under the Copyright Laws of the United States, 17 U.S.C. § 101 et seq., and the law of Tort.

**2.** This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1338(a) (Copyrights).

**3.** This Court has supplemental jurisdiction over the state law claim of Intentional Infliction of Emotional Distress pursuant to 28 U.S.C. § 1367(a), as it forms part of the same case or controversy under Article III of the United States Constitution.

**4.** Venue is proper in this District under 28 U.S.C. § 1391(b) because the Plaintiff resides in this District and a substantial part of the events giving rise to the claim occurred in this District where the injury is being suffered.

# II. PARTIES

**5.** Plaintiff **Carly Welkin** is an individual residing in Decatur, Georgia. She is the creator of visual content hosted on Defendant's platform and is the verified next-of-kin and authorized agent for the detained account holder.

**6.** Defendant **Meta Platforms, Inc.** ("Meta") is a Delaware corporation with its principal place of business in Menlo Park, California, doing substantial business in the State of Georgia through its operation of the social media platform Facebook.

# III. STATEMENT OF FACTS

## A. The Hostage Situation and the "Nexus of Causation"

**7.** Plaintiff is the daughter of **Masoumeh Mohajer** (also known as Afarin Mohajer), a 70-year-old United States citizen currently held as an **American hostage** in the notorious **Evin Prison**, Tehran, Iran.

**8.** On **December 20, 2025**, the Islamic Revolutionary Court sentenced this American hostage to **12 years in prison**.

**9. The Direct Link to Defendant's Platform:** The verdict explicitly relies on the unauthorized Facebook profile as the material evidence for the conviction. As shown in the Verdict Translation (Exhibit D), the Iranian Court cites the defendant's publication of images **"via her page at the address 'Masoumeh_mohajer'"**.

**10. The "Lethal Metadata" and Forced Confession:** Following her arrest on **September 29, 2025**, the hostage was subjected to interro-

gation and **severe physical and psychological coercion (torture)** while blindfolded in Evin Prison.

**11.** During this interrogation, the regime's agents used the unauthorized Facebook profile as a script. Specifically, they utilized the fabricated job title **"Assistant Director at Channel 2"**—which exists **only** on the Defendant's platform—to formulate the charges.

**12.** The hostage was forced under duress and torture to "confess" to this specific title to make her statement match the digital reality hosted by Meta. Thus, the Defendant's platform provided the specific pretext used to justify the torture and subsequent 12-year sentence.

**13. The Necessity of Immediate Removal for Appeal:** Although the initial injury of sentencing and severe physical coercion has already occurred, the harm is continuous and ongoing. The unauthorized profile currently functions as a **"standing confession"** in the Iranian judicial record.

**14.** As long as the "Assistant Director" title remains visible on Defendant's platform, the Iranian appellate authorities view the "crime" as active and unrepentant.

**15.** Consequently, the **immediate deletion** of the profile is the **sine qua non** (essential condition) for the hostage's appeal to succeed. With-

out this relief, the Plaintiff—who, as the hostage's sole immediate family member in the U.S., is suffering profound and debilitating mental anguish—will continue to witness the Defendant's platform actively sabotage her mother's survival.

## B. The Unauthorized Account and Explicit Command to Remove

**16.**  The unauthorized imposter account exists on Defendant's platform at the URL: **https://www.facebook.com/masoumeh.mohajer.5**.

**17.** The account holder and hostage, Masoumeh Mohajer, has **explicitly commanded** Plaintiff to remove this content.  To effectuate this command, she transferred her valid recovery credentials to Plaintiff, granting Plaintiff full agency to delete the account.

## C. The Technical Lockout: The "Impossible Loop"

**18.**  Plaintiff possesses the valid recovery credentials provided by the owner: mobile phone **310-XXX-6122** and emails **mas......@yahoo.com** and **mas......@gmail.com**.

**19.**  However, when Plaintiff attempts to use these valid credentials to execute the owner's command, Defendant's automated infrastructure

falsely flags the attempt as "misuse".

**20. The "Temporarily Blocked" Falsehood:** As shown in Exhibit B (Page 1), the first barrier Plaintiff encounters is a message stating: **"You're Temporarily Blocked... It looks like you were misusing this feature by going too fast."** This statement is demonstrably false; Plaintiff is not "misusing" the feature but is attempting to rescue a hostage. This "temporary" block has persisted since July 2025.

**21. The "Hardware Bias" and Negligent Design:** If Plaintiff attempts to bypass the block, Defendant's architecture presents a second, impossible barrier.

**22. (a) The "Confiscated Device" Lockout:** As shown in Exhibit B (Page 2), Defendant demands that the user "sign in on a device you've signed in from before."

**23. (b) Aiding the Oppressor:** Defendant knows, or has been notified, that the authorized devices were **confiscated** by the Iranian authorities upon the hostage's arrest. By conditioning account access on the physical possession of a device currently held by the regime, Defendant has designed a security protocol that makes account deletion objectively impossible for the victim while effectively preserving the account for the regime's forensic teams.

**24. Systemic Instability and Video Evidence:** Finally, Defendant's infrastructure is functionally unstable. As shown in Exhibit B (Page 3), even when Plaintiff successfully navigates the security challenges, the system frequently crashes to a dead-end error stating: "This Page Isn't Available Right Now... This may be because of a technical error."

**25. (a) Offer of Proof:** Plaintiff possesses **video screen recordings** documenting these "Impossible Loops" in real-time.

**26. (b) Live Demonstration:** Plaintiff stands ready to **demonstrate this system failure live** before the Court to prove that standard account administration tools are objectively non-functional.

**27. Causation of Harm (The "But-For" Link):** This technical lockout has persisted since **August 2025**. Had Defendant's system functioned correctly in August 2025—allowing the authorized user to delete the account—the "Assistant Director" title would not have existed online when the hostage was arrested on September 29, 2025. Consequently, the torture to elicit a confession matching that title would not have occurred, and the 12-year sentence based on that title would not have been issued.

## D. Actual Notice and Revocation of License

**28.** Plaintiff notified Defendant's Security and Press teams on **October 27, 2025**, and **October 30, 2025**. These communications constituted an explicit **Revocation of License** for the use of any content on the profile.

**29.** On **January 6, 2026**, Plaintiff filed a formal DMCA Takedown Notice and sent a Cease and Desist to Defendant's Registered Agent via UPS Overnight Delivery (Tracking Number: 1Z G2C 914 24 6224 6672), incurring $75.48 in personal expense to ensure Defendant received actual notice.

## E. The "Gaslighting" and False Compliance (January 8, 2026)

**30.** On the morning of **January 8, 2026**, Defendant sent an automated email to Plaintiff stating: **"We removed the content you've reported... We understand this action to resolve your intellectual property issue."** (See Exhibit C).

**31.** This statement was materially false. As shown in Exhibit C, Defendant merely removed a single image but **arbitrarily refused to remove a clearly derivative version of the exact same photograph**

**(digitally placed inside a gold frame)**. By acknowledging Plaintiff's rights to the original image but leaving the **"framed" copy active**, Defendant left the unauthorized profile active.

**32.** Crucially, Defendant failed to remove the employment designation **"Assistant Director at Channel 2"**. By telling Plaintiff the issue was "resolved" while knowingly leaving the specific text cited in the 12-year prison sentence visible to the world, Defendant engaged in conduct that is reckless and outrageous.

# IV. CLAIMS FOR RELIEF

## COUNT I

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

**33.** Plaintiff incorporates the allegations set forth in Paragraphs 1 through 33 as if fully set forth herein.

**34.** Plaintiff is the creator and valid copyright owner of visual content currently displayed on the unauthorized profile.

**35. Revocation of License:** Plaintiff explicitly revoked any prior license for the use of this content via written notice on October 27, 2025.

**36. Contributory Infringement via "Material Contribution":** Under *Cable/Home Commc'n Corp. v. Network Prods., Inc.,* Defendant is materially contributing to the infringement by maintaining a defective "security loop" that physically prevents the copyright holder from deleting the infringing works.

**37. Willful Blindness:** Under *Luxottica Group, S.p.A. v. Airport Mini Mall, LLC,* Defendant's refusal to manually verify the hostage status or resolve the technical loop, despite repeated warnings of "life or death" consequences, constitutes willful blindness sufficient to impute knowledge of the infringement.

# COUNT II

# INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED) (Georgia State Law)

**38.** Plaintiff incorporates the allegations set forth in Paragraphs 1 through 38 as if fully set forth herein.

**39. Creation of Peril:** Defendant has created a specific peril by hosting a profile that designates a U.S. citizen as a "Director" of a subversive organization. Defendant knows, or should know, that this specific designation is being used as evidence in a capital prosecution.

**40. Causation:** The Iranian verdict proves that Defendant's platform is the **proximate cause** of the torture and enhanced sentencing. The distress suffered by Plaintiff is not generic; it is the specific agony of knowing that a URL hosted by Defendant is the primary evidence keeping her mother in prison.

**41. Outrageous Conduct:** It is "extreme and outrageous" for a U.S. corporation to lock a user out of their own account while that account is being used to justify their torture abroad, and then to send a "False Compliance" email claiming the issue is "resolved."

# V. REQUEST FOR RELIEF

As relief from the allegations stated above, Plaintiff prays that the Court grant the following relief:

☐ **Mandatory Injunction for Complete Removal:** Issue a mandatory preliminary and permanent injunction ordering Defendant to **immediately and completely delete** the account under the URL **https://www.facebook.com/masoumeh.mohajer.5**.

☐ **Money Damages:**

    – **Statutory Damages:** $150,000.00 for Willful Copyright Infringement.

    – **Compensatory Damages:** In excess of $500,000.00 for se-
vere emotional distress.

    – **Punitive Damages:** In excess of **$5,000,000** pursuant to O.C.G.A.
§ 51-12-5.1.

☐ **Costs:** Award Plaintiff's costs and expenses involved in litigating
this case.

☐ **Other Relief:** Such other relief as may be appropriate.

# VI. JURY DEMAND

If your case goes to trial, it will be heard by a judge unless you elect a
jury trial. Do you request a jury trial?

[X] Yes

[ ] No

**PLEASE READ BEFORE SIGNING THIS COMPLAINT**
Before you sign this Complaint and file it with the Clerk, please re-
view Rule 11 of the Federal Rules of Civil Procedure for a full descrip-
tion of your obligation of good faith in filing this Complaint and any
motion or pleading in this Court, as well as the sanctions that may
be imposed by the Court when a litigant (whether plaintiff or defen-
dant) violates the provisions of Rule 11. These sanctions may include
an order directing you to pay part or all of the reasonable attorney's
fees and other expenses incurred by the defendant(s). Finally, if the
defendant(s) is the prevailing party in this lawsuit, costs (other than
attorney's fees) may be imposed upon you under Federal Rule of Civil
Procedure 54(d)(1).

Signed, this 12th day of January, 2026.

*Carly Welkin*

(Signature of plaintiff pro se)

**Carly Welkin**
(Printed name of plaintiff pro se)

3385 Hollow Tree Dr
(street address)

Decatur, GA 30034
(City, State, and zip code)

karly784@gmail.com
(email address)

(470) 461-9151
(telephone number)

# VERIFICATION

I, Carly Welkin, being duly sworn, depose and say:

I am the Plaintiff in the foregoing Complaint.

I have read the Complaint and know the contents thereof.

The facts contained therein are true to my own personal knowledge, except as to those matters alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2026.

*Carly    Welkin*    *Carly Welkin*

Carly Welkin
(Note to Plaintiff: Sign this Verification in blue ink).

# INDEX OF EXHIBITS

The following documents are attached hereto and incorporated by reference:
**Exhibit A:** The printout of the Facebook profile (The PDF document masoumeh.mohajer.5 as of 01-06-2026.pdf) showing the "Javid Shah" political content.
**Exhibit B:** The "Impossible Loop" Evidence (3 Pages):

- Page 1: "You're Temporarily Blocked" screenshot.

- Page 2: "Log in on another device" (Confiscated Device) screenshot.

- Page 3: "This Page Isn't Available" (System Crash) screenshot.

**Exhibit C:** The "False Compliance" Evidence (The email from Jan 8, 2026 + The profile printout from Jan 8 showing it is still active).
**Exhibit D:** The Translation of the Court Verdict. (The PDF proving the link between the URL and the 12-year sentence).

AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION        ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court, Northern District of Georgia |
|---|---|---|
| DOCKET NO. | DATE FILED<br>1/12/2026 | Atlanta Division |
| PLAINTIFF<br>Carly Welkin | | DEFENDANT<br>Meta Platforms, Inc. |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 Pending/Unregistere | Photographs of Masoumeh Mohajer (Profile Pictures) | Carly Welkin |
| 2 Pending/Unregistere | Photographs of Masoumeh Mohajer (Cover Photos) | Carly Welkin |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action,
    mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),
    mail copy to Register of Copyrights
3) Upon termination of action,
    mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

# facebook

Log In

Exhibit A



# Masoumeh Mohajer

Friends    Photos                                                    •••

## About

**Work**

Assistant Director at **Channel 2**
November 19, 2020 - Present

**College**

No schools to show

**High school**

# Log in or sign up for Facebook to connect with friends, famil...

Log In        or        Create new account

# facebook

Log In



## Others Named Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

See more people with the same name

## Log in or sign up for Facebook to connect with friends, famil...

Log In        or        Create new account

**facebook**                                                          Log In

 **Adam Abdallah Mohajer**

 **Mohajer Dagandal**

 **Masoumeh Tahirir**

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More

# Log in or sign up for Facebook to connect with friends, famil...

Log In            or            Create new account

**facebook** Log In





# Masoumeh Mohajer

Friends     Photos                                                    ...

## About

### Work

 Assistant Director at **Channel 2**
November 19, 2020 - Present

### College

 No schools to show

### High school

## Log in or sign up for Facebook to connect with friends, famil...

Log In          or          Create new account

facebook                                                                Log In



## Others Named Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

 Masoumeh Mohajer

See more people with the same name

# Log in or sign up for Facebook to connect with friends, famil...

Log In          or          Create new account

**facebook**

Log In

 Adam Abdallah Mohajer

 Mohajer Dagandal

 Masoumeh Tahirir

Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ⊳ · Cookies · More

# Log in or sign up for Facebook to connect with friends, famil…

Log In          or          Create new account

Exhibit B.1



| 3104066122 | ············ | Log In |

**Find your account**

e **Temporarily Blocked**

s like you were misusing this feature by going too fast. You've been temporarily blocked from using it.

think this doesn't go against our Community Standards let us know.

Cl



Cancel    Search

When we can't be sure someone trying to log into an account really owns it, we'll add an extra security step at login.

You need to sign in on a device you've signed in from before and approve this login.



## I don't have another device

If you don't have access to an alternative device that you've used to log into this account before, it's not safe for us to let you log in.

*Exhibit B.2*

# This Page Isn't Available Right Now

This may be because of a technical error that we're working to get fixed. Try reloading this page.

Exhibit B.3

Exhibit B.1



e **Temporarily Blocked**

ks like you were misusing this feature by going too fast. You've been temporarily blocked from using it.

think this doesn't go against our Community Standards let us know.



When we can't be sure someone trying to log into an account really owns it, we'll add an extra security step at login.

You need to sign in on a device you've signed in from before and approve this login.



## I don't have another device

If you don't have access to an alternative device that you've used to log into this account before, it's not safe for us to let you log in.

Exhibit B. 2

# This Page Isn't Available Right Now

This may be because of a technical error that we're working to get fixed. Try reloading this page.

Exhibit B.3

 **Gmail**                                                    **Carly Welkin <karly784@gmail.com>**

## Copyright Report Form #1368635927818034
1 message

**Facebook** <case++aazrwfwlufpfsz@support.facebook.com>                 Thu, Jan 8, 2026 at 7:55 AM
Reply-To: Facebook <case++aazrwfwlufpfsz@support.facebook.com>
To: karly784@gmail.com

Thanks for contacting us. We removed the content you've reported for violating our Terms. We understand this action to resolve your intellectual property issue.

If you'd like to retract your report, please fill out the appropriate retraction form:
https://www.facebook.com/help/contact/237593160842825?original_report=1368635927818034
https://help.instagram.com/contact/3373960976225657?original_report=1368635927818034

For more information about retractions, please visit our Help Centers:
https://www.facebook.com/help/1206218382801108?ref=cr
https://help.instagram.com/275268756304020?ref=cr

If you'd like to report something else, or if you don't believe this action resolved your issue, please submit a new report:
https://www.facebook.com/help/contact/634636770043106?ref=cr
https://help.instagram.com/contact/372592039493026?ref=cr

If you have any additional questions, please visit the Intellectual Property section of the Help Center:
https://www.meta.com/help/policies/3234337743488413/?ref=cr

If you own a registered trademark, you may be eligible to use Brand Rights Protection. This tool allows you to identify and report trademark violations, counterfeit products and copyright infringement across many of our platforms:
https://business.facebook.com/brand-rights-protection?nav_ref=CR

For more information about Brand Rights Protection, please visit: https://www.facebook.com/business/help/828925381043253?ref=CR

If you have a growing or large catalog of original content, you may consider applying for Rights Manager to control when, how, and where your content is shared across Facebook and Instagram: https://www.facebook.com/rights_manager/apply?nav_ref=CR

For more information about Rights Manager, please visit:
https://www.facebook.com/business/help/932705380468613

This is a no-reply email. Any replies will not be received.

Thanks,
Meta

*Exhibit C*

 **Gmail**                                                      **Carly Welkin <karly784@gmail.com>**

## Copyright Report Form #1368635927818034

1 message

**Facebook** <case++aazrwfwlufpfsz@support.facebook.com>                Thu, Jan 8, 2026 at 7:55 AM
Reply-To: Facebook <case++aazrwfwlufpfsz@support.facebook.com>
To: karly784@gmail.com

Thanks for contacting us. We removed the content you've reported for violating our Terms. We understand this action to resolve your intellectual property issue.

If you'd like to retract your report, please fill out the appropriate retraction form:
https://www.facebook.com/help/contact/237593160842825?original_report=1368635927818034
https://help.instagram.com/contact/3373960976225657?original_report=1368635927818034

For more information about retractions, please visit our Help Centers:
https://www.facebook.com/help/1206218382801108?ref=cr
https://help.instagram.com/275268756304020?ref=cr

If you'd like to report something else, or if you don't believe this action resolved your issue, please submit a new report:
https://www.facebook.com/help/contact/634636770043106?ref=cr
https://help.instagram.com/contact/372592039493026?ref=cr

If you have any additional questions, please visit the Intellectual Property section of the Help Center:
https://www.meta.com/help/policies/3234337743488413/?ref=cr

If you own a registered trademark, you may be eligible to use Brand Rights Protection. This tool allows you to identify and report trademark violations, counterfeit products and copyright infringement across many of our platforms:
https://business.facebook.com/brand-rights-protection?nav_ref=CR

For more information about Brand Rights Protection, please visit: https://www.facebook.com/business/help/828925381043253?ref=CR

If you have a growing or large catalog of original content, you may consider applying for Rights Manager to control when, how, and where your content is shared across Facebook and Instagram: https://www.facebook.com/rights_manager/apply?nav_ref=CR

For more information about Rights Manager, please visit:
https://www.facebook.com/business/help/932705380468613

This is a no-reply email. Any replies will not be received.

Thanks,
Meta

*Exhibit C*



# COMBINED TRANSLATION & LEGAL ANALYSIS

Case: Islamic Republic of Iran v. Masoumeh Mohajer Moghari

December 21, 2025 (1404/09/30)

**Note: This is the certified translation of Carly Welkin.**

## PART I: SIDE-BY-SIDE TRANSLATION OF VERDICT

**Source Document:** *Iran sentence of Masoumeh Mohajer.jpeg / Translation of Masoumeh Mohajer Verdict.pdf*

| Farsi Text (Original) | English Translation |
|---|---|
| ((رای دادگاه)) | **((Court Verdict))** |
| بر اساس کیفرخواست موصوف، در خصوص اتهام های خانم **معصومه مهاجر مغاری** فرزند محمد علی متولد سال ۱۳۳۴ | Based on the described indictment, regarding the charges against Ms. **Masoumeh Mohajer Moghari**, daughter of Mohammad Ali, born in the year 1334 (approx. 1955), |
| تبعه ایران، با سواد، شغل خانه دار، فاقد سابقه محکومیت کیفری | Iranian national, literate, housewife, with no prior criminal record, |
| دائر بر ۱- تشکیل و اداره جمعیت معارض کشور از طریق تشکیل شورای سیاست گذاران براندازی نظام در آمریکا | regarding: **1. Forming and managing a group opposing the country** through the formation of the "Council of Policy Makers for Regime Change" in America; **[Note:** The original Farsi text specifies the Council is formed "in America" (*dar Amrika*), but the objective is the overthrow of the Iranian regime, not the United States government**]** |
| ۲- اجتماع و تبانی برای ارتکاب جرم بر ضد امنیت کشور | **2. Assembly and collusion** to commit crimes against national security; |
| ۳- فعالیت تبلیغی علیه نظام جمهوری اسلامی ایران | **3. Propaganda activity** against the regime of the Islamic Republic of Iran; |
| ۳- اهانت به مقدسات اسلام از طریق اهانت به قرآن کریم | **4. Insulting Islamic sanctities** through insulting the Holy Quran; |
| موضوع گزارش ضابطین مبنی بر این که متهم از افراد دو تابعیتی (ایرانی - آمریکایی) مقیم کشور آمریکا میباشد | subject of the officers' report; stating that the defendant is a dual national (Iranian-American) resident of the United States of America |

| Farsi Text (Original) | English Translation |
|---|---|
| که اقدام به تشکیل شورای سیاست گذاران براندازی نظام در آمریکا میکند و به عنوان مدیر شورا با دیگر اعضاء فعالیت مینماید | who has taken action to form the "Council of Policy Makers for Regime Change" in America, and operates as the director of the council with other members... **[Note:** The conviction of the defendant as the "director" of the Council is based on her title on the "Masoumeh Mohajer" Facebook page where she is listed as "Assistant Director at Channel 2". "Channel 2" is known in the Iranian exile community as the media wing of the "Overthrow Council" seeking to disestablish the Islamic Republic of Iran regime] |
| و بیانیه های مختلفی را به امضاء می رساند | ...and signs various statements, |
| و از سویی به همراه فرزندش در تجمعات جریانهای سلطنت طلب و زن زندگی آزادی در خارج از قلمرو سرزمینی جمهوری اسلامی ایران | and on the other hand, along with her child, appears in gatherings of Monarchist currents and "Woman, Life, Freedom" movement outside the territorial jurisdiction of the Islamic Republic of Iran |
| و در کشورهای آمریکا و آلمان حاضر میشود | and in the countries of America and Germany, |
| و با برخی از عناصر جریان معاند ملاقات گفتگو و مصاحبه میکند | and meets, converses, and gives interviews with certain elements of the hostile current, |
| و در این تجمعات علیه نظام مقدس جمهوری اسلامی شعار سر میدهد | and chants slogans against the holy regime of the Islamic Republic in these gatherings, |
| و به لجن پراکنی دین مبین اسلام و اهانت به قرآن کریم میپردازد | and engages in mudslinging against the manifest religion of Islam and insulting the Holy Quran, |
| و در فضای مجازی از طریق صفحه ی خود به نشانی "Ma-soumeh_mohajer" | and in cyberspace via her page at the address "**Masoumeh_mohajer**" [Note: The "Masoumeh Mohajer" profile in cyberspace in the original Farsi text refers to the "Masoumeh Mohajer" profile on Facebook at `https://www.facebook.com/masoumeh.mohajer.5`] |
| تصاویر حضور خود در تجمعات مذکور و تصاویری در راستای حمایت از رژیم منحوس پهلوی و پرچم شیر و خورشید را انتشار میدهد | publishes images of her presence in the aforementioned gatherings and images in support of the sinister Pahlavi regime and the Lion and Sun flag [Note: The "Lion and Sun flag" evidence is also based on content found on the Masoumeh Mohajer Facebook account. On 01-08-2026, Facebook finally removed only one "Lion and Sun flag" image from this account at the request of Carly Welkin, following requests dating back to October 2025. The "Impossible Loop" of Facebook's system prevented either Masoumeh Mohajer or her empowered daughter Carly Welkin from deleting these accounts, some of which are imposter accounts, including this Masoumeh Mohajer account listing her as a "director" of the media of the Overthrow Council.], |
| که غالب این امور متضمن توافق و تشریک مساعی علیه امنیت کشور خواهد بود. | whereas the majority of these matters constitute agreement and collaboration against the security of the country. |

| Farsi Text (Original) | English Translation |
|---|---|
| بنابراین با تلفیق بین مدارک ابرازی، ادله اثباتی، اوصاف مزبور | Therefore, by combining the presented documents, evidentiary proofs, aforementioned descriptions, |
| تعابیر به کار گرفته شده، تصاویر موجود، شیوه عمل ارتکابی، پایش گوشی تلفن همراه متهم | expressions used, existing images, the method of committed action, monitoring of the defendant's mobile phone, |
| ارتباطات و اشخاص مرتبط با ایشان وقوع و انتساب بزه آشکار میباشد | communications, and persons associated with her, the occurrence and attribution of the crime is evident; |
| دادگاه توجهاً به محتویات پرونده، شرح فوق، گزارش معتبر ضابطین که با اوضاع و احوال مسلم قضیه موافق است | The court, considering the contents of the file, the description above, the credible report of the officers which aligns with the certain circumstances of the case, |
| سیر مراحل تحقیق، استنباط بازپرس محترم بر مجرمیت، اقرار صریح متهم، اقناع وجدان قضایی | the course of investigation stages, the honorable investigator's inference of guilt, the explicit confession of the defendant, the persuasion of judicial conscience, |
| تطبیق رفتار ارتکابی با قوانین جزایی، مصون ماندن دلایل و امارات از شبهه و تردید، فقد دفاع موثر متهم | the conformity of the committed behavior with penal laws, the immunity of evidence and indications from doubt and uncertainty, the lack of effective defense by the defendant, |
| آشکار شدن رابطه ارادی بین عنصر روانی و عنصر مادی بزه | the revelation of the intentional relationship between the mental element and the material element of the crime, |
| رصد فنی و فحص میدانی مامورین و مستندات جمع آوری شده مربوط به عملکرد متهم که عملکرد مجرمانه را ترسیم کرده است | the technical monitoring and field examination by agents, and the collected documents related to the defendant's performance, which has outlined the criminal performance, |
| بزهکاری وی را محرز و مسلم دانسته است | considers her guilt to be established and certain. |
| پس با ملاحظه وضعیت ذهنی و روانی متهم و شیوه ارتکاب جرم و آثار زیان بار آنها | Thus, observing the mental and psychological state of the defendant, the method of committing the crime, its harmful effects, |
| و اقدامات وی با توجه به بستر وقوع بزه، میزان تجری و تاثیرگذاری در آسیب رساندن به امنیت جامعه | and her actions regarding the context of the crime's occurrence, the degree of audacity and effectiveness in damaging the security of society, |
| با رعایت مواد ۲-۳-۷-۳۷۴ قانون آیین دادرسی کیفری مصوب ۱۳۹۲ | complying with Articles 2, 3, 7, and 374 of the Code of Criminal Procedure enacted in 1392 [2013], |
| و به استناد مواد ۲-۱۲ قانون کاهش مجازات حبس تعزیری مصوب ۱۳۹۹ | and citing Articles 2 and 12 of the Law on Reducing Ta'zir Imprisonment Punishments enacted in 1399 [2020], |
| و بند ب ماده ۱۸ و مواد ۱۳۱-۱۳۳ از قانون مجازات اسلامی مصوب ۱۳۹۲ | and Paragraph B of Article 18 and Articles 131 and 134 of the Islamic Penal Code enacted in 1392 [2013], |
| و مواد ۳۹۸-۵۰۰-۵۱۳-۶۱۰ از کتاب تعزیرات همان قانون | and Articles 498, 500, 513, and 610 of the Book of Ta'zirat of the same law, |
| با ملاحظه قواعد تعدد جرایم و اجرای مجازات اشد | observing the rules of multiplicity of crimes and the execution of the severest punishment, |

| Farsi Text (Original) | English Translation |
|---|---|
| نامبرده را بابت تشکیل و اداره جمعیت معارض کشور به تحمل دوازده سال حبس تعزیری | [the court] sentences the aforementioned person: for forming and managing a group opposing the country to endure **twelve (12) years of Ta'zir imprisonment**; |
| و بابت اجتماع و تبانی به تحمل **شش سال حبس تعزیری** | and for assembly and collusion to endure **six (6) years of Ta'zir imprisonment**; |
| و بابت فعالیت تبلیغی علیه نظام به تحمل **یک سال حبس تعزیری** | and for propaganda activity against the regime to endure **one (1) year of Ta'zir imprisonment**; |
| و بابت اهانت به مقدسات به تحمل **شش سال حبس تعزیری** | and for insulting sanctities to endure **six (6) years of Ta'zir imprisonment**, |
| با احتساب ایام بازداشت قبلی محکوم مینماید. | with the calculation of previous detention days. |
| رأی صادره حضوری محسوب و به موجب مواد ۴۲۷ و ۴۳۱ از قانون فوق الاشعار | The issued verdict is considered to be in presence (*hozoori*) and, pursuant to Articles 427 and 431 of the aforementioned law, |
| ظرف بیست روز پس از ابلاغ قابل اعتراض در دادگاه تجدید نظر استان تهران خواهد بود. | is appealable in the Tehran Province Court of Appeals within twenty days after notification. |

4

# PART II: LEGAL CONTEXT & EXPLANATORY NOTES

**Source Document:** *Certified Translation of bogus charges of Mrs. Mohajer.pdf*
  *Note: The following section provides legal analysis of the statutes cited in the verdict above.*

## Source of Law

The charges rely on specific books of the **Islamic Penal Code of Iran**. Articles 5 and 7 are found in Book I (General Provisions), while the specific criminal charges (Articles 498-610) are found in Book V (Ta'zirat / Deterrent Punishments).

## Breakdown of the Charges & Articles

### 1. Forming or Joining a Group (Articles 498 & 499)

  - **The Charge:** "Forming and managing a group opposing the country..."
  - **Article 498:** Applies to anyone who forms or directs a group aimed at disturbing national security.
    - **Sentence:** 2 to 10 years imprisonment.
  - **Article 499:** Applies to anyone who joins (membership) such a group.
    - **Sentence:** 3 months to 5 years imprisonment.
  - *Note: The Verdict applies Article 498 (Forming a group) to issue the 12-year sentence.*

### 2. Propaganda Against the State (Article 500)

  - **The Charge:** "Propaganda activity against the regime of the Islamic Republic of Iran".
  - **Article 500:** Applies to anyone who engages in propaganda against the Islamic Republic or in support of opposition groups.
    - **Sentence:** 3 months to 1 year imprisonment.

### 3. Insulting Sanctities (Article 513)

  - **The Charge:** "Insulting Islamic sanctities through insulting the Holy Quran".
  - **Evidence:** The verdict cites social media posts and "mudslinging against the manifest religion of Islam".
  - **Article 513:** Applies to anyone who insults the sacred values of Islam.
    - **Sentence:** If considered "Sabb-al-Nabi" (cursing the Prophet), it carries the Death Penalty. If not, it carries **1 to 5 years imprisonment**.

### 4. Assembly and Collusion (Article 610)

  - **The Charge:** "Assembly and collusion to commit a crime against the country's national security".
  - **Article 610:** Applies when two or more people conspire to commit crimes against national security.
    - **Sentence:** 2 to 5 years imprisonment.

5

## Summary Table of Statutes Cited

| Charge | Article | Possible Sentence |
|---|---|---|
| **Forming a Group** | **498** | **2-10 Years** |
| Membership | 499 | 3 Months - 5 Years |
| **Propaganda** | **500** | **3 Months - 1 Year** |
| **Insulting Sanctities** | **513** | **1-5 Years (or Death)** |
| **Collusion** | **610** | **2-5 Years** |



# COMBINED TRANSLATION & LEGAL ANALYSIS

Case: Islamic Republic of Iran v. Masoumeh Mohajer Moghari

December 21, 2025 (1404/09/30)

**Note: This is the certified translation of Carly Welkin.**

## PART I: SIDE-BY-SIDE TRANSLATION OF VERDICT

**Source Document:** *Iran sentence of Masoumeh Mohajer.jpeg / Translation of Masoumeh Mohajer Verdict.pdf*

| Farsi Text (Original) | English Translation |
|---|---|
| ((رای دادگاه)) | ((Court Verdict)) |
| بر اساس کیفرخواست موصوف، در خصوص اتهام های خانم **معصومه مهاجر مغاری** فرزند محمد علی متولد سال ۱۳۳۴ | Based on the described indictment, regarding the charges against Ms. **Masoumeh Mohajer Moghari**, daughter of Mohammad Ali, born in the year 1334 (approx. 1955), |
| تبعه ایران، با سواد، شغل خانه دار، فاقد سابقه محکومیت کیفری | Iranian national, literate, housewife, with no prior criminal record, |
| دایر بر ۱- تشکیل و اداره جمعیت معارض کشور از طریق تشکیل شورای سیاست گذاران براندازی نظام در آمریکا | regarding: **1. Forming and managing a group opposing the country** through the formation of the "Council of Policy Makers for Regime Change" in America; **[Note:** The original Farsi text specifies the Council is formed "in America" (*dar Amrika*), but the objective is the overthrow of the Iranian regime, not the United States government**]** |
| ۲- اجتماع و تبانی برای ارتکاب جرم بر ضد امنیت کشور | **2. Assembly and collusion** to commit crimes against national security; |
| ۳- فعالیت تبلیغی علیه نظام جمهوری اسلامی ایران | **3. Propaganda activity** against the regime of the Islamic Republic of Iran; |
| ۳- اهانت به مقدسات اسلام از طریق اهانت به قرآن کریم | **4. Insulting Islamic sanctities** through insulting the Holy Quran; |
| موضوع گزارش ضابطین مبنی بر این که متهم از افراد دو تابعیتی (ایرانی - آمریکایی) مقیم کشور آمریکا میباشد | subject of the officers' report; stating that the defendant is a dual national (Iranian-American) resident of the United States of America |

| Farsi Text (Original) | English Translation |
|---|---|
| که اقدام به تشکیل شورای سیاست گذاران براندازی نظام در آمریکا میکند و به عنوان مدیر شورا با دیگر اعضاء فعالیت مینماید | who has taken action to form the "Council of Policy Makers for Regime Change" in America, and operates as the director of the council with other members... **[Note:** The conviction of the defendant as the "director" of the Council is based on her title on the "Masoumeh Mohajer" Facebook page where she is listed as "Assistant Director at Channel 2". "Channel 2" is known in the Iranian ex-ile community as the media wing of the "Overthrow Council" seeking to disestablish the Islamic Republic of Iran regime**]** |
| و بیانیه های مختلفی را به امضاء می رساند | ...and signs various statements, |
| و از سویی به همراه فرزندش در تجمعات جریانهای سلطنت طلب و زن زندگی آزادی در خارج از قلمرو سرزمینی جمهوری اسلامی ایران | and on the other hand, along with her child, ap-pears in gatherings of Monarchist currents and "Woman, Life, Freedom" movement outside the territorial jurisdiction of the Islamic Republic of Iran |
| و در کشورهای آمریکا و آلمان حاضر میشود | and in the countries of America and Germany, |
| و با برخی از عناصر جریان معاند ملاقات گفتگو و مصاحبه میکند | and meets, converses, and gives interviews with certain elements of the hostile current, |
| و در این تجمعات علیه نظام مقدس جمهوری اسلامی شعار سر میدهد | and chants slogans against the holy regime of the Islamic Republic in these gatherings, |
| و به لجن پراکنی دین مبین اسلام و اهانت به قرآن کریم میپردازد | and engages in mudslinging against the man-ifest religion of Islam and insulting the Holy Quran, |
| و در فضای مجازی از طریق صفحه ی خود به نشانی "Ma-soumeh_mohajer" | and in cyberspace via her page at the address "**Masoumeh_mohajer**" **[Note:** The "Masoumeh Mohajer" profile in cyberspace in the original Farsi text refers to the "Masoumeh Mohajer" profile on Facebook at https://www.facebook.com/masoumeh.mohajer.5**]** |
| تصاویر حضور خود در تجمعات مذکور و تصاویری در راستای حمایت از رژیم منحوس پهلوی و پرچم شیر و خورشید را انتشار میدهد | publishes images of her presence in the afore-mentioned gatherings and images in support of the sinister Pahlavi regime and the Lion and Sun flag **[Note:** The "Lion and Sun flag" evidence is also based on content found on the Masoumeh Mohajer Facebook account. On 01-08-2026, Facebook finally removed only one "Lion and Sun flag" image from this account at the request of Carly Welkin, follow-ing requests dating back to October 2025. The "Im-possible Loop" of Facebook's system prevented ei-ther Masoumeh Mohajer or her empowered daugh-ter Carly Welkin from deleting these accounts, some of which are imposter accounts, including this Ma-soumeh Mohajer account listing her as a "director" of the media of the Overthrow Council.**],** |
| که غالب این امور متضمن توافق و تشریک مساعی علیه امنیت کشور خواهد بود. | whereas the majority of these matters consti-tute agreement and collaboration against the security of the country. |

2

| Farsi Text (Original) | English Translation |
|---|---|
| بنابراین با تلفیق بین مدارک ابرازی، ادله اثباتی، اوصاف مزبور | Therefore, by combining the presented documents, evidentiary proofs, aforementioned descriptions, |
| تعابیر به کار گرفته شده، تصاویر موجود، شیوه عمل ارتکابی، پایش گوشی تلفن همراه متهم | expressions used, existing images, the method of committed action, monitoring of the defendant's mobile phone, |
| ارتباطات و اشخاص مرتبط با ایشان وقوع و انتساب بزه آشکار میباشد | communications, and persons associated with her, the occurrence and attribution of the crime is evident; |
| دادگاه توجهاً به محتویات پرونده، شرح فوق، گزارش معتبر ضابطین که با اوضاع و احوال مسلم قضیه موافق است | The court, considering the contents of the file, the description above, the credible report of the officers which aligns with the certain circumstances of the case, |
| سیر مراحل تحقیق، استنباط بازپرس محترم بر مجرمیت، اقرار صریح متهم، اقناع وجدان قضایی | the course of investigation stages, the honorable investigator's inference of guilt, the explicit confession of the defendant, the persuasion of judicial conscience, |
| تطبیق رفتار ارتکابی با قوانین جزایی، مصون ماندن دلایل و امارات از شبهه و تردید، فقد دفاع موثر متهم | the conformity of the committed behavior with penal laws, the immunity of evidence and indications from doubt and uncertainty, the lack of effective defense by the defendant, |
| آشکار شدن رابطه ارادی بین عنصر روانی و عنصر مادی بزه | the revelation of the intentional relationship between the mental element and the material element of the crime, |
| رصد فنی و فحص میدانی مامورین و مستندات جمع آوری شده مربوط به عملکرد متهم که عملکرد مجرمانه را ترسیم کرده است | the technical monitoring and field examination by agents, and the collected documents related to the defendant's performance, which has outlined the criminal performance, |
| بزهکاری وی را محرز و مسلم دانسته است | considers her guilt to be established and certain. |
| پس با ملاحظه وضعیت ذهنی و روانی متهم و شیوه ارتکاب جرم و آثار زیان بار آنها | Thus, observing the mental and psychological state of the defendant, the method of committing the crime, its harmful effects, |
| و اقدامات وی با توجه به بستر وقوع بزه، میزان تجری و تاثیرگذاری در آسیب رساندن به امنیت جامعه | and her actions regarding the context of the crime's occurrence, the degree of audacity and effectiveness in damaging the security of society, |
| با رعایت مواد ۲-۳-۷-۳۴۷ قانون آیین دادرسی کیفری مصوب ۱۳۹۲ | complying with Articles 2, 3, 7, and 374 of the Code of Criminal Procedure enacted in 1392 [2013], |
| و به استناد مواد ۲-۱۲ قانون کاهش مجازات حبس تعزیری مصوب ۱۳۹۹ | and citing Articles 2 and 12 of the Law on Reducing Ta'zir Imprisonment Punishments enacted in 1399 [2020], |
| و بند ب ماده ۱۸ و مواد ۱۳۱-۱۳۳ از قانون مجازات اسلامی مصوب ۱۳۹۲ | and Paragraph B of Article 18 and Articles 131 and 134 of the Islamic Penal Code enacted in 1392 [2013], |
| و مواد ۳۹۸-۵۰۰-۵۱۳-۶۱۰ از کتاب تعزیرات همان قانون | and Articles 498, 500, 513, and 610 of the Book of Ta'zirat of the same law, |
| با ملاحظه قواعد تعدد جرایم و اجرای مجازات اشد | observing the rules of multiplicity of crimes and the execution of the severest punishment, |

| Farsi Text (Original) | English Translation |
|---|---|
| نامبرده را بابت تشکیل و اداره جمعیت معارض کشور به تحمل **دوازده سال حبس تعزیری** | [the court] sentences the aforementioned person: for forming and managing a group opposing the country to endure **twelve (12) years of Ta'zir imprisonment**; |
| و بابت اجتماع و تبانی به تحمل **شش سال حبس تعزیری** | and for assembly and collusion to endure **six (6) years of Ta'zir imprisonment**; |
| و بابت فعالیت تبلیغی علیه نظام به تحمل **یک سال حبس تعزیری** | and for propaganda activity against the regime to endure **one (1) year of Ta'zir imprisonment**; |
| و بابت اهانت به مقدسات به تحمل **شش سال حبس تعزیری** | and for insulting sanctities to endure **six (6) years of Ta'zir imprisonment**, |
| با احتساب ایام بازداشت قبلی محکوم مینماید. | with the calculation of previous detention days. |
| رأی صادره حضوری محسوب و به موجب مواد ۴۲۷ و ۴۳۱ از قانون فوق الاشعار | The issued verdict is considered to be in presence (*hozoori*) and, pursuant to Articles 427 and 431 of the aforementioned law, |
| ظرف بیست روز پس از ابلاغ قابل اعتراض در دادگاه تجدید نظر استان تهران خواهد بود. | is appealable in the Tehran Province Court of Appeals within twenty days after notification. |

4

## PART II: LEGAL CONTEXT & EXPLANATORY NOTES

**Source Document:** *Certified Translation of bogus charges of Mrs. Mohajer.pdf*
   *Note: The following section provides legal analysis of the statutes cited in the verdict above.*

### Source of Law

The charges rely on specific books of the **Islamic Penal Code of Iran**. Articles 5 and 7 are found in Book I (General Provisions), while the specific criminal charges (Articles 498-610) are found in Book V (Ta'zirat / Deterrent Punishments).

### Breakdown of the Charges & Articles

#### 1. Forming or Joining a Group (Articles 498 & 499)

- **The Charge:** "Forming and managing a group opposing the country..."
- **Article 498:** Applies to anyone who forms or directs a group aimed at disturbing national security.
  - **Sentence:** 2 to 10 years imprisonment.
- **Article 499:** Applies to anyone who joins (membership) such a group.
  - **Sentence:** 3 months to 5 years imprisonment.
- *Note: The Verdict applies Article 498 (Forming a group) to issue the 12-year sentence.*

#### 2. Propaganda Against the State (Article 500)

- **The Charge:** "Propaganda activity against the regime of the Islamic Republic of Iran".
- **Article 500:** Applies to anyone who engages in propaganda against the Islamic Republic or in support of opposition groups.
  - **Sentence:** 3 months to 1 year imprisonment.

#### 3. Insulting Sanctities (Article 513)

- **The Charge:** "Insulting Islamic sanctities through insulting the Holy Quran".
- **Evidence:** The verdict cites social media posts and "mudslinging against the manifest religion of Islam".
- **Article 513:** Applies to anyone who insults the sacred values of Islam.
  - **Sentence:** If considered "Sabb-al-Nabi" (cursing the Prophet), it carries the Death Penalty. If not, it carries **1 to 5 years imprisonment**.

#### 4. Assembly and Collusion (Article 610)

- **The Charge:** "Assembly and collusion to commit a crime against the country's national security".
- **Article 610:** Applies when two or more people conspire to commit crimes against national security.
  - **Sentence:** 2 to 5 years imprisonment.

## Summary Table of Statutes Cited

| Charge | Article | Possible Sentence |
|---|---|---|
| **Forming a Group** | **498** | **2-10 Years** |
| Membership | 499 | 3 Months - 5 Years |
| **Propaganda** | **500** | **3 Months - 1 Year** |
| **Insulting Sanctities** | **513** | **1-5 Years (or Death)** |
| **Collusion** | **610** | **2-5 Years** |