IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARLY WELKIN,

   Plaintiff pro se,

v.

META PLATFORMS, INC.,

   Defendant.

CIVIL ACTION FILE NO.

1 : 26 -CV- 0 1 4 8

(To be assigned by Clerk)

## MOTION FOR PERMISSION TO PARTICIPATE IN ELECTRONIC FILING (CM/ECF)

COMES NOW Plaintiff Carly Welkin, appearing *pro se,* and respectfully moves this Honorable Court for permission to participate in the Court's Case Management/Electronic Case Filing (CM/ECF) system. In support of this motion, Plaintiff states as follows:

1. Plaintiff has regular access to a computer with internet capabilities and a **multifunction printer and scanner**. Plaintiff further certifies that she possesses an **active and authenticated PACER account**, and is capable of creating and converting documents to Portable Document Format (PDF).

2. Plaintiff has a valid email address (karly784@gmail.com) to receive electronic notices of filings and orders.

3. Plaintiff shows **good cause** for this request because this action

involves an emergency request for injunctive relief concerning the safety of an **American hostage currently imprisoned in Iran**. The immediate transmission of filings is critical to avoiding life-threatening delays inherent in physical mail or courier services.

4. Plaintiff understands that if this Motion is granted, she must complete any required training or registration provided by the Clerk of Court and must abide by the *Administrative Procedures for Electronic Filing* of this Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant her permission to file and receive documents electronically via the CM/ECF system.

Signed, this **12th** day of **January**, 2026.

*/s/ Carly Welkin*

**Carly Welkin**
Plaintiff, Pro Se
3385 Hollow Tree Dr
Decatur, GA 30034
(470) 461-9151
karly784@gmail.com