IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CARLY WELKIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:26-CV-00148-ELR |
| | * | |
| META PLATFORMS, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

**ORDER**

This matter is before the Court on Plaintiff Carly Welkin's Emergency Motion for Temporary Restraining Order and Preliminary Injunction. [Doc. 3].

Through the Motion, Plaintiff seeks immediate, emergency hearing and *ex parte* relief concerning Meta Platforms, Inc.'s failure to remove an unauthorized Facebook profile. However, according to Plaintiff's filing, the alleged harm from the profile has already occurred. See Compl. ¶¶ 8–9 (alleging that the individual with the unauthorized profile was sentenced to 12 years in prison based on the profile). Accordingly, the Court does not perceive a need for an immediate, emergency hearing in this matter.

Instead, the Court **SETS** this matter for an in-person hearing in the United States Courthouse located at 75 Ted Turner Drive SW, Atlanta, Georgia 30303, Courtroom 1708, on **WEDNESDAY, JANUARY 14, 2026, at 9:30 A.M.**

**SO ORDERED**, this 12th day of January, 2026.

                                              */s/ Eleanor L. Ross*
                                              Eleanor L. Ross
                                              United States District Judge
                                              Northern District of Georgia