AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 14 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Meta Platforms Inc.__

was received by me on *(date)* __1/12/26__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Alisha Smith__, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* __1/12/26__ ; or __2:43 PM__

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __1/12/26__

__Margaret Judelin__
Server's signature

__Margaret Judelin__
Printed name and title

__730 Peachtree St S N__
__Atlanta GA 30308__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Carly Welkin <br><br> *Plaintiff(s)* <br> v. <br> Meta Platforms, Inc. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:26-CV-0148 <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Meta Platforms, Inc.
c/o Corporation Service Company
2 Sun Court,
Suite 400
Peachtree Corners, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carly Welkin
3385 Hollow Tree Dr
Decatur, GA 30034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: JAN 12 2026

*Signature of Clerk or Deputy Clerk*

 **Gmail**                                                                   Carly Welkin <karly784@gmail.com>

## Transaction Receipt from ATLANTA PROCESS SERVERS for $141.00 (USD)
1 message

**Auto-Receipt** <noreply@mail.authorize.net>                                  Mon, Jan 12, 2026 at 11:47 AM
Reply-To: Margaret Ruddock <margaret@atlprocessserver.com>
To: Carly Welkin <karly784@gmail.com>

### Order Information
**Description:** Goods or Services

**Billing Information**                          **Shipping Information**
Carly Welkin
3385 Hollow Tree Dr
Decatur, GA 30034
karly784@gmail.com
4704619151

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| 2020 | Atlanta Process Server Checkout | Customer specified amount | 1 | N | $141.00 (USD) | $141.00 (USD) |

**Total: $141.00 (USD)**

### Payment Information
| | |
|---|---|
| Date/Time: | 12-Jan-2026 11:47:23 EST |
| Transaction ID: | 121428346240 |
| Payment Method: | MasterCard xxxx9397 |
| Transaction Type: | Purchase |
| Auth Code: | 68172P |

### Merchant Contact Information
ATLANTA PROCESS SERVERS
ATLANTA, GA 30308
US
margaret@atlprocessserver.com