# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cv-00148-ELR
## Welkin v. Meta Platforms, Inc.
## Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 01/14/2026.

TIME COURT COMMENCED: 9:32 A.M.
TIME COURT CONCLUDED: 10:00 A.M.
TIME IN COURT: 00:28
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth Cohn
CSO/DUSM: 1 CSO
DEPUTY CLERK: Michelle Beck

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Carly Welkin appearing Pro Se |
| PROCEEDING CATEGORY: | Motion Hearing (PI or TRO Hearing-Evidentiary) |
| MOTIONS RULED ON: | [3] Motion for TRO DENIED<br>[3] Motion for Preliminary Injunction DENIED |
| MINUTE TEXT: | Court called to order. Plaintiff addressed the Court. Court DENIED the Plaintiff's Emergency Motion for Temporary Restraining Order and Motion for Preliminary Injunction [Doc. 3] for the reasons pronounced in open court. Court adjourned. |
| HEARING STATUS: | Hearing Concluded |