

United States Department of State

Washington, DC   20520

December 1, 2025

FROM:    U.S. Department of State, Bureau of Consular Affairs, Office of American Citizens Services

SUBJECT:    Detention of U.S. citizen Masoumeh Mohajer by Iran

Dear Ms. Welkin,

The U.S. Department of State confirms that your mother, U.S. citizen Masoumeh Mohajer, is currently detained by Iran in Tehran's Evin Prison. It is common practice by Iranian authorities to deny dual U.S.-Iranian nationals the ability to write or sign documents while incarcerated.

The U.S. government does not have diplomatic or consular relations with the Islamic Republic of Iran.  The Swiss government has served as the Protecting Power for the United States since 1980.  The Swiss Embassy's Foreign Interests Section provides emergency consular services to U.S. citizens.

Sincerely,

U.S. Department of State