## Cedars-Sinai Medical Center
## Department of Imaging



Patient Name:  MASOUMEH MOHAJER
Patient MRN:  201438154
Exam:  MRI PITUITARY WO/W CONTRAST
Exam Date:  8/7/2024 10:53 AM

Report Status:  Final

---

**MRI PITUITARY WO/W CONTRAST 8/7/2024 10:53 AM**

**CLINICAL INDICATION:** Pituitary macroadenoma

**COMPARISON:** 6/19/2024

**TECHNICAL FACTORS:** Sagittal and coronal pre-contrast T1 and sagittal and coronal post-contrast T1 weighted images through the pituitary fossa.

**IMAGING MEDICATIONS:** gadobutroL (GADAVIST) 7.5 mmol/7.5 mL (1 mmol/mL) injection 7.5 mL

**FINDINGS:**

PITUITARY GLAND: Hypoenhancing sellar based lesion with mild expansion of the sella turcica and leftward expansion of the lesion towards the cavernous sinus and intracarotid line (Knosp classification 1). Overall measures 0.9 x 1.3 x 1.0 cm (AP by TV by cc). Normal pituitary gland seen displaced superiorly and to the right

INFUNDIBULUM: No abnormality demonstrated.

OPTIC CHIASM AND NERVES: Normal in position and shape.

SUPRASELLAR CISTERN/HYPOTHALAMUS: Normal

CAVERNOUS SINUSES: Normal in contour bilaterally.

CAROTID ARTERIES: Normal in course and caliber.

VISUALIZED INTRACRANIAL AND SINUS STRUCTURES: No abnormality demonstrated.

**IMPRESSION:**
**Pituitary macroadenoma with left Knosp classification grade 1.**

Dictated by: Humza Haque, MD

I, Franklin G. Moser, M.D., have personally reviewed the images and agree with the resident interpretation.

Reviewed and Interpreted by: Franklin G. Moser, M.D.  8/12/2024 2:12 PM

Signed by:  Franklin G. Moser, M.D. on 8/12/2024 2:12 PM