IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARLY WELKIN,<br><br>        Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Civil Action No.<br><br>1:26-CV-00148-ELR |

## DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, TO TRANSFER

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6), Defendant Meta Platforms, Inc. ("Meta") hereby files this Motion to Dismiss Plaintiff's Complaint or, in the Alternative, to Transfer to the Northern District of California. In support of this Motion, Meta files herewith a Memorandum of Law, Request for Judicial Notice, and the Declaration of Jennifer Allen in Support Thereof.

WHEREFORE, Meta respectfully requests that this Court grant its Motion to Dismiss.

Respectfully submitted this 2nd day of February, 2026.

                                              **/s/ Kana Caplan**
                                              Jeffrey D. Horst
                                              Georgia Bar No. 367834
                                              Kana Caplan
                                              Georgia Bar No. 621805

*Counsel for Defendant*
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Telephone: (404) 888-9700
horst@khlawfirm.com
caplan@khlawfirm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendant Meta Platforms, Inc.'s Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim or, in the Alternative, to Transfer to the Northern District of California* has been electronically filed and served by using the Court's CM/ECF filing system, which will automatically send service copies to all parties of record receiving electronic notice, and by depositing the same in the United States mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery to the following:

> Plaintiff Carly Welkin
> 3385 Hollow Tree Dr.
> Decatur, GA 30034
> karly784@gmail.com

This 2nd day of February, 2026.

> **/s/ Kana Caplan**
> Jeffrey D. Horst
> Georgia Bar No. 367834
> Kana Caplan
> Georgia Bar No. 621805
> *Counsel for Defendant*
> KREVOLIN & HORST, LLC
> 1201 W. Peachtree St., NW
> Suite 3500, One Atlantic Center
> Atlanta, GA 30309
> Telephone: (404) 888-9700
> horst@khlawfirm.com
> caplan@khlawfirm.com