# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CARLY WELKIN,<br><br>           Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>           Defendant. | Civil Action No.<br><br>1:26-CV-00148-ELR |

## DEFENDANT META PLATFORMS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Meta Platforms, Inc. ("Meta") hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to Local Rule 3.3 and Fed. R. Civ. P. 7.1, Meta states as follows:

(1)    The undersigned counsel of record for Defendant Meta Platforms, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10 percent or more of the stock of a party:

Plaintiff:    Carly Welkin

Defendant:    Meta Platforms, Inc.

Meta states that it has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

(2)    The undersigned further certifies that the following is a full and

complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

- N/A

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    For Defendant Meta:
    Jeffrey D. Horst
    Kana Caplan
    KREVOLIN & HORST, LLC

Address and contact information are listed below.

The following attorneys will be moving to be admitted pro hac vice and represent Defendant Meta:

    Jacob M. Heath (pro hac vice forthcoming)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
    Menlo Park, CA 94025
    Tel: (650) 614-7400
    jheath@orrick.com

    Diana Marie Fassbender (pro hac vice forthcoming)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    215 NW 24th Street
    Suite 200
    Miami, FL 33127
    Tel: (202) 339-8533
    dszego@orrick.com

(4)  The undersigned further certifies that the following is a full and

complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

Meta is a Delaware corporation with its principal place of business in Menlo Park, CA.

Respectfully submitted this 2nd day of February, 2026.

<u>**/s/ Jeffrey D. Horst**</u>
Jeffrey D. Horst
Georgia Bar No. 367834
Kana Caplan
Georgia Bar No. 621805
*Counsel for Defendant*
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
Suite 3500, One Atlantic Center
Atlanta, GA 30309
Telephone: (404) 888-9700
horst@khlawfirm.com
caplan@khlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ***Defendant Meta Platforms, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement*** has been electronically filed and served by using the Court's CM/ECF filing system, which will automatically send service copies to all parties of record receiving electronic notice, and by depositing the same in the United States mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery to the following:

>Plaintiff Carly Welkin
>3385 Hollow Tree Dr.
>Decatur, GA 30034
>Karly784@gmail.com

This 2nd day of February, 2026.

>/s/ Jeffrey D. Horst
>Jeffrey D. Horst
>Georgia Bar No. 367834
>Kana Caplan
>Georgia Bar No. 621805
>*Counsel for Defendant*
>KREVOLIN & HORST, LLC
>1201 W. Peachtree St., NW
>Suite 3500, One Atlantic Center
>Atlanta, GA 30309
>Telephone: (404) 888-9700
>horst@khlawfirm.com
>caplan@khlawfirm.com